IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| The Heritage Organization, L.L.C., § | |
| § | Bankr. No. 04-35574-bjh-11 |
| § | Adv. No. 06-03401-bjh |
| Debtor, § | |
| § | |
| ------------------------------------------------- § | |
| CARL E. BERG, § | |
| § | |
| Movant, § | |
| v. § | Civil Action No. 3:06-CV-2030-N |
| § | |
| DENNIS S. FAULKNER, TRUSTEE, § | |
| and GARY M. KORNMAN, § | |
| § | |
| Respondents. § | |

## ORDER ON MOTION TO WITHDRAW REFERENCE

On November 3, 2006, defendant Carl E. Berg moved to withdraw the reference in the above-styled adversary proceeding from the United States Bankruptcy Court. Gary M. Kornman, third-party defendant in that action, and Trustee, Dennis S. Faulkner, filed responses in opposition to the motion. Pursuant to L.B.R. 5011.1, the Bankruptcy Court held a status conference on the motion and has submitted a report and recommendation to this Court. Having considered the motion, response and report,

**IT IS ORDERED** that:

Defendant Berg's Motion to Withdraw Reference is hereby DENIED.

ORDER - PAGE 1

SIGNED January 5, 2007.

_____
David C. Godbey
United States District Judge