IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CARL E. BERG, | § | |
| | § | |
| Movant, | § | |
| | § | |
| v. | § | Civil Action No. 3:06CV-2030-N |
| | § | |
| DENNIS S. FAULKNER, *et al.*, | § | |
| | § | |
| Respondents | § | |

## **ORDER**

Before the Court is Movant Berg's motion for reconsideration. Because the Court finds that Berg raises no new arguments in his motion for reconsideration, the Court denies the motion.

Signed March 20, 2007.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE